## CERTIFICATE OF SERVICE

I, Peter J. Keane, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made May 9, 2022 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED SERVICE LIST**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 9, 2022

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)

Art Van J. Dillman, Inc. Adversary Service List
Document No. 938951
03 – First Class Mail
03 – Certified Mail

**FIRST CLASS MAIL AND CERTIFIED MAIL**
J. Dillman, Inc.
John Dillman
625 N CR 650 West
Yorktown, IN  47396

**FIRST CLASS MAIL AND CERTIFIED MAIL**
J. Dillman, Inc.
John Dillman
625 N. County Road 650 W,
Yorktown, IN  47396

**FIRST CLASS MAIL AND CERTIFIED MAIL**
J. Dillman, Inc.
John Dillman
4701 N Wheeling Ave
Muncie, IN  47304